# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| LARRY SNEED, | ) |
|     PLAINTIFF, | ) Case No. 3:14-cv-145 |
| | ) |
| v. | ) Judge: Aleta A. Trauger |
| | ) |
| | ) Magistrate Judge: E. Clifton Knowles |
| TRANSUNION CORP.; and | ) |
| REGIONS BANK | ) |

## MOTION FOR LEAVE TO FILE A REPLY BRIEF

Pursuant to Local Rule 7.01(b), Regions Bank respectfully submits this Motion for Leave to File Reply Brief in Support of Its Motion to Compel Arbitration and Stay Proceedings. Regions Bank believes that the Reply will clarify the issues at dispute in the Motion and assist the Court in making a determination. Regions Bank files herewith its Reply to Plaintiff's Answer to Defendant Regions Bank's Motion to Compel Arbitration and to Stay Proceedings.

WHEREFORE, Regions Bank requests that the Court allow Regions Bank to file its Reply brief and consider it in connection with deliberating on Region Bank's pending Motion to Compel Arbitration and Stay Proceedings.

This 26th day of February, 2014.

                                                            Respectfully submitted,

                                                            *s/Charles W. Cook, III*
                                                            Charles W. Cook, III (#014274)
                                                           Adams and Reese LLP
                                                            424 Church Street, Suite 2700
                                                           Nashville, Tennessee 37219
                                                           (615) 259-1456
                                                           (615) 259-1470 (facsimile)
                                                           charlie.cook@arlaw.com

                                                           *Attorneys for Regions Bank*