**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

<mark>Motion GRANTED.</mark>

| | | |
|---|---|---|
| **LARRY SNEED,** | ) | |
| | ) | **Case No.   3:14-cv-145** |
| **PLAINTIFF,** | ) | |
| | ) | **Judge:  Aleta A. Trauger** |
| **v.** | ) | |
| | ) | **Magistrate Judge:  E. Clifton Knowles** |
| **TRANSUNION CORP.; and** | ) | |
| **REGIONS BANK** | ) | |

### JOINT MOTION TO DISMISS

As is evidenced by the signatures of counsel and plaintiff below, pursuant to Fed. R. Civ. P. 41, plaintiff Larry Sneed and defendant Regions Bank, state that they have settled their dispute by agreement, and they request this dismissal of all claims against Regions Bank with prejudice.  A proposed agreed order is filed herewith.

WHEREFORE, plaintiff Larry Sneed and defendant Regions Bank request the dismissal of the claims against Regions Bank with prejudice.

This 17th day of April, 2014.

Respectfully submitted,

*s/Charles W. Cook, III*
Charles W. Cook, III (#014274)
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, Tennessee  37219
(615) 259-1456
(615) 259-1470 (facsimile)
charlie.cook@arlaw.com

*Attorneys for Regions Bank*