# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| LARRY SNEED, ) | |
| ) | Case No. 3:14-cv-145 |
| PLAINTIFF, ) | |
| ) | Judge: Aleta A. Trauger |
| v. ) | |
| ) | Magistrate Judge: E. Clifton Knowles |
| TRANSUNION CORP.; and ) | |
| REGIONS BANK ) | |
| ) | |
| DEFENDANTS. ) | |

## AGREED ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss presented by plaintiff Larry Sneed and Defendant Regions Bank hereto, and the Court being fully informed in the premises finds that the motion is well taken and should be granted.

It is therefore ORDERED that the claims of plaintiff Larry Sneed against defendant Regions Bank are DISMISSED WITH PREJUDICE. The parties shall bear their respective attorney's fees and court costs.

_____
U.S. District Judge

APPROVED FOR ENTRY BY:

*s/Charles W. Cook, III*
Charles W. Cook, III (#014274)
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, Tennessee 37219
(615) 259-1456
(615) 259-1470 (facsimile)
charlie.cook@arlaw.com

*Attorneys for Regions Bank*


*s/Larry Sneed*
Larry Sneed
P.O. Box 17708
Nashville, TN 37217
(615) 506-8996
energyconceptstn@gmail.com

*Plaintiff*