UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

---

LARRY SNEED,                             CASE NO. 3:14-cv-00145
        Plaintiff,

     vs.                                        Judge Aleta A. Trauger

TRANSUNION CORP.; and
REGIONS BANK;
        Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Larry Sneed, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Larry Sneed against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff Larry Sneed and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 12/16/14

_____
JUDGE, United States District Court,
Middle District of Tennessee

DISTRIBUTION TO:

| **Pro Se Plaintiff**<br>Larry Sneed<br>P.O. Box 17708<br>Nashville, TN 37217 | William R. Brown, Esq.<br>wbrown@schuckitlaw.com |
|---|---|
| William M. Huse, Esq.<br>whuse@schuckitlaw.com | |